IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GIAVONNA M. EVANS, <br><br> Plaintiff, <br><br> vs. <br><br> OHIO LOTTERY COMMISSION, *et al.*, <br><br> Defendants. | Case No. 1:15-cv-00164 <br><br> Judge Dan Aaron Polster <br><br> Magistrate Judge Kenneth S. McHargh |
| **STIPULATED DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)** | |

The Parties stipulate that, the case having been settled among Plaintiff Giavonna M. Evans and Defendants Ohio Lottery Commission, Dennis Berg, and Elizabeth Popadiuk, the case is dismissed with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii) as to those Defendants.

Under the settlement agreement, the Court retains jurisdiction for one year from the date of the signed order below over the litigation and the enforcement of the settlement agreement. A signature line for Judge Polster as to his continuing jurisdiction is provided below.

Respectfully submitted,

| THE CHANDRA LAW FIRM, LLC | TAFT STETTINIUS & HOLLISTER LLP |
|---|---|
| */s/ Subodh Chandra* | */s/ Ronald D. Holman, II (per consent)* |
| Subodh Chandra (0069233) | Ronald D. Holman, II (0036776) |
| Ashlie Case Sletvold (0079477) | Brian E. Ambrosia (0079455) |
| 1265 W. 6th St., Suite 400 | 200 Public Square, Suite 3500 |
| Cleveland, OH 44113-1326 | Cleveland, OH 44114-2302 |
| 216.578.1700 Phone | 216.241.2838 Phone |
| 216.578.1800 Fax | 216.241.3707 Fax |
| Subodh.Chandra@chandralaw.com | rholman@taftlaw.com |
| Ashlie.Sletvold@chandralaw.com | bambrosia@taftlaw.com |
| *Attorneys for Plaintiff Giavonna Evans* | *Attorneys for Defendants Ohio Lottery Commission, et al.* |

As to continuing jurisdiction over the settlement, IT IS SO ORDERED.

  /s/Dan Aaron Polster                                          7/16/15
Dan Aaron Polster                                                Date
United States District Judge